RANDY CHANG, ESQ (SBN 237618)
ATTORNEY AT LAW
7755 CENTER AVE, SUITE 1100
HUNTINGTON BEACH, CA 92647
(818) 599-8095
Fax (818) 904-1042
Randyc@thechangfirm.com

Attorney for Debtor

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:  ) Chapter 13
        )
BEISA RAMULIC VALLEJO  ) Case No. 18-16497
        )
        ) DECLARATION OF DEBTOR RE SOCIAL
Debtor  ) SECURITY NUMBER AND ITIN
        )

I, BEISA RAMULIC VALLEJO, declare:

1. I am the Debtor in the above-entitled Bankruptcy Case.

2. I don't have social security number or individual tax identification number because I am a foreign national of Slovenia and am not required to file taxes. I do, however, have property interest in California as provided in my bankruptcy petition. I reside at the 508 California Street, Burbank every time I am here and intend to make this my permanent primary residence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 6, 2018

*[signature: Bramulic Vallejo]*
BEISA RAMULIC VALLEJO

DECLARATION OF DEBTOR RE SS# AND ITIN

- 1