KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| IN RE: | Case No: **2:18-bk-16497-SK** |
|---|---|
| Beisa Ramulic Vallejo | CHAPTER 13 |
| DEBTOR(S). | **VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION TO DISMISS CASE - DELINQUENCY**<br><br>DATE:   6/27/19<br>TIME:   10:30 am<br>PLACE:  Roybal Building<br>         Courtroom 1575 15th Floor<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, DEBTOR(S), ATTORNEY OF RECORD, IF ANY, AND ALL INTERESTED PARTIES:**

The **TRUSTEE'S MOTION TO DISMISS CASE - DELINQUENCY  [Court Docket #62]  filed on 5/22/19 and scheduled for hearing on 6/27/19 10:30 AM**  in the above captioned Chapter 13 case and served on the debtor(s), counsel for debtor(s), if any, is hereby withdrawn.

Executed at Los Angeles, California on 5/24/19.

_____
Kathy A. Dockery, Chapter 13 Trustee

| | |
|---|---|
| In re: **BEISA RAMULIC VALLEJO** | CHAPTER: 13 |
| | CASE NUMBER: **2:18-bk-16497-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "VOLUNTARY DISMISSAL OF MOTION TO DISMISS CASE - DELINQUENCY", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/28/19, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/28/19 | Gloria Mangum | /s/ Gloria Mangum |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re:  **BEISA RAMULIC VALLEJO** | CHAPTER: 13 |
|---|---|
|  | CASE NUMBER:  **2:18-bk-16497-SK** |

### Service List

Beisa Ramulic Vallejo
508 California Street
Burbank, CA 91505

RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD STE 170
DULUTH, GA 30097

THE CHANG FIRM
7755 CENTER AVE
SUITE 1100
HUNTINGTON BEACH, CA 92647

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**