Nathan F. Smith, #264635
Christina J. O, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949) 252-9400
(Facsimile) (949) 252-1032
Email: nathan@mclaw.org

Attorney for Movant

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Beisa Ramulic Vallejo,<br><br><br><br>Debtor. | Bankruptcy Case No. 2:18-bk-16497-SK<br><br>Chapter 13<br><br>**STATUS REPORT**<br><br>**HEARING DATE:**<br>DATE:  June 19, 2019<br>TIME:   8:30 a.m.<br>CTRM:  1575<br>PLACE: 255 East Temple Street, Los Angeles CA 90012 |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact ("U.S. Bank Trust") hereby files this Status Report regarding the Motion for Relief from the Automatic Stay ("Motion").  The borrower has submitted all necessary documents required for the loan modification application with Movant.  As of June 7, 2019, the loan being reviewed for a loan modification.  A decision on if the loan modification is approved or denied takes an average of 30-45 days.

STATUS REPORT                                                     1

Post-petition payments have not been made towards the loan and the loan is currently post-petition due for the July 1, 2018 payment.

DATED: June 12, 2019                    Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: /S/ Nathan F. Smith

Nathan F. Smith
Attorneys for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**MALCOLM & CISNEROS, A Law Corporation**
**2112 Business Center Drive, Second Floor**
**Irvine CA 92612**

A true and correct copy of the foregoing document described as **STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner entitled below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 12, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 13 TRUSTEE:** Kathy A Dockery (TR)    EFiling@LATrustee.com
**US TRUSTEE:** United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
**DEBTOR'S ATTORNEY:** Randy Chang    randychang2007@gmail.com
**NOTICE:** Andrea L Betts    abetts@rascrane.com
**NOTICE:** Cristina DiGiannantonio    bkyecf@rasflaw.com, ras@ecf.courtdrive.com;bkyecf@rasflaw.com
**NOTICE:** Erin Elam    eelam@rascrane.com
**NOTICE:** Sean C Ferry    sferry@rasflaw.com, sferry@ecf.courtdrive.com
**NOTICE:** Francis Laryea    flayrea@rascrane.com
**NOTICE:** Christina J O    christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com
**NOTICE:** Cassandra J Richey    cdcaecf@bdfgroup.com
**NOTICE:** Edward A Treder    cdcaecf@bdfgroup.com

☐ Service information continued on attached page

2. **SERVED BY UNITIEDSTATES MAIL**:
On **June 12, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**HONORABLE BANKRUPTCY COURT JUDGE:** Sandra R. Klein, 255 E. Temple Street, Los Angeles, CA 90012
**DEBTOR:** Beisa Ramulic Vallejo, 508 California Street , Burbank, CA 91505
**CO-DEBTOR:** Eduardo Vallejo, 508 California Street , Burbank, CA 91505
**CO-DEBTOR:** Maisa Luisa Vallejo, 508 California Street , Burbank, CA 91505
**CO-DEBTOR:** Cielo Vallejo, 508 California Street , Burbank, CA 91505

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 11, 2019 | Erica F. Pedraza | /s/ Erica F. Pedraza |
|---|---|---|
| **Date** | **Type Name** | **Signature** |