Nathan F. Smith, #264635

Christina J. O, #266845

Malcolm ♦ Cisneros, A Law Corporation

2112 Business Center Drive, Second Floor

Irvine, California 92612

(Telephone) (949) 252-9400

(Facsimile) (949) 252-1032

nathan@mclaw.org

Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re:<br><br>Beisa Ramulic Vallejo,<br><br><br><br>Debtor. | Bankruptcy Case No. 2:18-bk-16497-SK<br><br>Chapter 13<br><br><br>**VOLUNTARY DISMISSAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE:  August 21, 2019<br>TIME:   8:30 AM<br>DEPT:  1575<br>PLACE: 255 East Temple Street, Los Angeles CA 90012 |
|---|---|

**TO THE HONORABLE SANDRA K. KLEIN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact ("U.S. Bank Trust") hereby files this Notice of Voluntary Dismissal in the above-entitled and numbered Chapter 13 case.

/ / /

1        U.S. Bank Trust voluntary dismisses its Motion for Relief from the Automatic Stay that

2    was filed on March 14, 2019.  The borrower and U.S. Bank Trust have entered into a loan modification

3    agreement.

4    DATED: August 22, 2019        Respectfully Submitted,

5                  MALCOLM ♦ CISNEROS, A Law Corporation

6

7                  By:  /s/ Nathan F. Smith

8                  Nathan F. Smith
              Attorneys for Movant

9

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**MALCOLM & CISNEROS, A Law Corporation**
**2112 Business Center Drive, Second Floor**
**Irvine CA 92612**

A true and correct copy of the foregoing document described as **VOLUNTARY DISMISSAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner entitled below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 22, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 13 TRUSTEE:   Kathy A Dockery (TR)     EFiling@LATrustee.com**
**US TRUSTEE: United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov**
**DEBTOR'S ATTORNEY:   Randy Chang     randychang2007@gmail.com**

☒     Service information continued on attached page

2.  **SERVED BY UNITIEDSTATES MAIL**:
On **August 22, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**HONORABLE BANKRUPTCY COURT JUDGE:   Sandra R. Klein, 255 E. Temple Street,  Los Angeles, CA 90012**
**DEBTOR: Beisa Ramulic Vallejo, 508 California Street , Burbank, CA 91505**
**CO-DEBTOR: Eduardo Enrique Vallejo, 508 North California Street, Burbank, CA 91505**
**CO-DEBTOR: Maria Luisa Vallejo, 508 North California Street, Burbank, CA 91505**
**CO-DEBTOR: Eduardo Vallejo, 508 North California Street, Burbank, CA 91505**
**CO-DEBTOR: Cielo G. Vallejo, 508 North California Street, Burbank, CA 91505**

☐     Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 22, 2019 | Erica F. Pedraza | /s/ Erica F. Pedraza |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012                                                                                        **F 9013-3.1.PROOF.SERVICE**

**SECTION 1 CONTINUED:**

NOTICE: Andrea L Betts     abetts@rascrane.com

NOTICE: Cristina DiGiannantonio     bkyecf@rasflaw.com, ras@ecf.courtdrive.com;bkyecf@rasflaw.com

NOTICE: Erin Elam     eelam@rascrane.com

NOTICE: Sean C Ferry     sferry@rasflaw.com, sferry@ecf.courtdrive.com

NOTICE: Francis Laryea     flayrea@rascrane.com

NOTICE: Christina J O     christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

NOTICE: Cassandra J Richey     cdcaecf@bdfgroup.com

NOTICE: Nathan F Smith     nathan@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

NOTICE: Edward A Treder     cdcaecf@bdfgroup.com