Case numbers: 2:16-bk-16833-SK & 2:18-bk-16497-SK

FILED
SEP 12 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                     Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | BK No. 2:16-bk-16833-SK & 2:18-bk-16497-SK |
| Eduardo Enrique Vallejo & Beisa Ramulic Vallejo, | Chapter 13 |
| Debtors, | DECLARATION BY DEBTOR EDUARDO VALLEJO REGARDING ARBITRATION IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY CREDITOR AND REQUEST FOR AN URGENT ORDER TO RETURN THE PRIVATE PROPERTY TO DEBTOR |
| vs. | |
| WHEELS FINANCIAL GROUP, LLC., et al. | |

**TO THE HONORABLE DISTRICT COURT, THE TRUSTEE AND OTHER INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that on August 30, 2019 Debtor, Eduardo Vallejo, filed a notice and a motion to reopen this bankruptcy case, and now asks the Court to Stay the matter until after Arbitration has been finalized based on the following:

## DECLARATION

My name is Eduardo Vallejo, I am 61 years of age, the husband of the Debtor, Beisa Ramulic Vallejo, and declare as follows:

1.) My wife and I live in a community property State and together we own the personal property pertaining to our Estate, the vehicle a 1974 Alfa Romeo Spider with VIN: AR3043863, with active California License Number 4USG591, insured since June 9, 2016 with GEICO Policy

Case numbers: 2:16-bk-16833-SK & 2:18-bk-16497-SK

Number: 4438321418, which has in our opinion been repossessed unlawfully and in violation of the automatic stay. ( See Doc 144 Filed 08/30/19 )

    2.)    I have personal knowledge of the status, contracts, and history regarding the above referenced vehicle, and if called upon to testify thereto I could and would do so competently and truthfully.

    3.)    On or about September 8, 2019, pursuant to the terms of the contract with the Creditor, we filed for Arbitration in Case: 011900028313 with the American Arbitration Association, New York, NY 10271, US ( Email: corpfinance@adr.org ) and sent a copy to the Creditor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of September 2019, at Burbank, California.

*/s/ E. Vallejo*

EDUARDO VALLEJO
508 NORTH CALIFORNIA STREET
BURBANK, CA 91505
TEL: 1 (818) 415-5633
FAX: 1 (818) 846-1777
EMAIL: eevallejo@yahoo.com

Case numbers: 2:16-bk-16833-SK & 2:18-bk-16497-SK

# CERTIFICATE OF SERVICE

Federal Bankruptcy Court Case Numbers: 2:16-bk-16833-SK & 2:18-bk-16497-SK

I am a resident of the State of California, over the age of eighteen years, and a party to the within action.

**DECLARATION BY DEBTOR EDUARDO VALLEJO REGARDING ARBITRATION IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY CREDITOR AND REQUEST FOR AN URGENT ORDER TO RETURN THE PRIVATE PROPERTY TO DEBTOR**

[ ] by transmitting via facsimile on this date the document(s) listed above to the facsimile numbers set forth below. The transmission was completed before the close of business and was reported complete and without error.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing_ L am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[X] BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Federal Bankruptcy and District Courts, Ninth Circuit BAP and Court of Appeals of California website https://ecf.cacd.uscourts.gov.

[X] by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service. (See Attached Service List)

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Respectfully submitted, this 10th day of September of 2019.

Dated: September 10, 2019


/s/ Eduardo Enrique Vallejo
_____

EDUARDO VALLEJO
508 NORTH CALIFORNIA STREET
BURBANK, CA 91505
TEL: 1 (818) 415-5633
FAX: 1 (818) 846-1777
EMAIL: eevallejo@yahoo.com