SHERYL D. NOEL #172551
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830
Email: snoel@ch-law.com

Attorneys for WHEELS FINANCIAL
GROUP, LLC, dba LoanMart

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In Re:<br><br>Beisa Ramulic Vallejo aka Beisa Zakbar,<br><br>Debtor(s). | Case No. 2:18-bk-16497-SK<br><br>Chapter 13<br><br>**CREDITOR WHEELS FINANCIAL GROUP, LLC, DBA LOANMART'S REPLY TO DEBTOR'S OPPOSITION TO CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date:   10/02/2019<br>Time:  8:30 a.m.<br>Ctrm:  1575, 15th Floor<br>Place:  255 East Temple Street<br>           Los Angeles, CA 90012<br><br>Hon. Sandra R. Klein |
|---|---|

Wheels Financial Group, LLC, dba LoanMart ("Creditor") files this reply to Beisa Ramulic Vallejo aka Beisa Zakbar's ("Debtor") and her husband Edward Vallejo ("Husband") (who is not a debtor in this bankruptcy) oppositions to Creditor's Motion for Relief from the Automatic Stay.

## I.

## DISCUSSION

The oppositions filed by the Debtor and her Husband fail to raise any defense to the motion for relief from stay. Both the Debtor and her Husband believe they are entitled to arbitrate the default under Movant's loan documents, but the Bankruptcy Court cannot arbitrate

1

1 | the claim and no arbitration can be commenced with the stay in effect.

2 |     The fact remains that the Vehicle was not listed as an asset of the estate, is still not listed
3 | as an asset of the estate, is not necessary for the Debtor's effective reorganization and is not
4 | provided for in the Plan.

5 |     The Vehicle is secured by the Husband's loan which is undeniably in default and neither
6 | the Debtor nor her Husband have provided proof of insurance. Relief from stay should be
7 | granted.

8 |     Respectfully submitted,

9 |     COLEMAN & HOROWITT, LLP

11 | Dated: September 24, 2019    By:    /s/ Sheryl D. Noel
12 |     SHERYL D. NOEL
    Attorneys for WHEELS FINANCIAL
    GROUP, LLC, dba LoanMart

2

F:\Clients\13506-1800LoanMart\21-Vallejo (Cen Ch 13 MFR)\Bk\Reply3 to Opp to MFR 10-02-19.wpd    REPLY TO OPPOSITION TO MOTION FOR RELIEF

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

499 West Shaw, Suite 116, Fresno, CA 93704

A true and correct copy of the foregoing document entitled (*specify*): CREDITOR WHEELS FINANCIAL GROUP, LLC, DBA LOANMART'S REPLY TO DEBTOR'S OPPOSITION TO CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/24/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Andrea L Betts    abetts@rascrane.com
- Randy Chang    randychang2007@gmail.com
- Cristina DiGiannantonio    bkyecf@rasflaw.com, ras@ecf.courtdrive.com;bkyecf@rasflaw.com
- Kathy A Dockery (TR)    EFiling@LATrustee.com

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/24/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Debtor, Beisa Ramulic Vallejo, 508 California Street, Burbank, CA 91505
- Judge's copy: Hon. Sandra R. Klein, U.S. Bankruptcy Court, Roybal Federal Building
- 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012
- Eduardo Enrique Vallejo, 508 North California Street, Burbank, CA 91505

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/24/2019 | Kathy Imburgia | /s/ Kathy Imburgia |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

In re: Beisa Ramulic Vallejo aka Beisa Zakbar, Debtor.    Case No. 2:18-bk-16497-SK
Chapter 13

## Service Information Continued

Sean C Ferry     sferry@rasflaw.com, sferry@ecf.courtdrive.com
Francis Laryea     flayrea@rascrane.com
Christina J O     christinao@mclaw.org,
CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com
Cassandra J Richey     cdcaecf@bdfgroup.com
Nathan F Smith     nathan@mclaw.org,
CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com
Edward A Treder     cdcaecf@bdfgroup.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov